# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORDELL COLLINS

NO. 2025 KW 0870

NOVEMBER 17, 2025

---

In Re:    Cordell Collins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-04-0462.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED WITH ORDER.**  The East Baton Rouge Parish Office of the Clerk of Court's record shows that the district court signed an Order dismissing relator's application for postconviction relief on January 5, 2024.  The district court's Order was filed into the record on March 5, 2024, and the clerk was instructed to serve relator at Dixon Correctional Institute.  Relator represents he is currently incarcerated at Louisiana State Penitentiary. Accordingly, the East Baton Rouge Parish Clerk's Office is **ORDERED** to serve relator at Louisiana State Penitentiary with a copy of the district court's January 5, 2024 order dismissing his application for postconviction relief.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT